1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  PATRICK K. O'BRIEN (CABN 292470)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7126
7       FAX: (415) 436-7234
        Patrick.OBrien@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:19-CR-00387-WHO |
| Plaintiff, | [~~PROPOSED~~] DETENTION ORDER |
| v. | |
| MAURICE A. POWELL, JR., | |
| Defendant. | |

On August 20, 2019, defendant Maurice A. Powell, Jr. was charged by indictment with being a felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1).

This matter came before the Court on September 10, 2019, for a detention hearing. The defendant was present and represented by Amy Craig. Assistant United States Attorney Patrick O'Brien appeared for the government. The government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers and arguments regarding detention.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of any other person or the community. Accordingly, the defendant must be detained pending trial in this matter.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1). As further noted on the record, the Court makes the following findings as the bases for its conclusion: (1) the defendant has an extensive criminal history, including a 2019 California conviction for assault with a firearm, for which he received a 7-year prison sentence; (2) the defendant was on parole at the time of the offense charged here; (3) the defendant is an admitted gang member; and (4) the crime charged here involved a loaded firearm. These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: 9/25/19

_____
HONORABLE JOSEPH C. SPERO
United States Magistrate Judge